AO 440 (Rev. 06/12)  Summons in a Civil Action  - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

)
)
)
)

# DAVID WISHNICK

*Plaintiff(s)*

v.

# U.S. DEPARTMENT OF COMMERCE

*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No. 1:25-cv-06905

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Department of Commerce
Office of General Counsel
1401 Constitution Ave. NW
Washington, DC 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Topic
Loevy + Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

October 21, 2025

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)  - ILND Electronic Issuance 5/2025

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Commerce

was received by me on *(date)*  10/21/2025  .

' I personally served the summons on the individual at *(place)*

on *(date)* ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

' I returned the summons unexecuted because ; or

' Other *(specify):*

I served the summons and complaint via USPS Certified Mail, Return Receipt requested, Article Number: 9589-0710-5270-1326-6570-36

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/29/2025

*Brynn Schaal*
Server's signature

Brynn Schaal, Paralegal
Printed name and title

Loevy & Loevy
311 N. Aberdeen St, #300
Chicago, IL 60607
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 95890710527013266657036

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:40 am on November 14, 2025 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
November 14, 2025, 7:40 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

Case: 1:25-cv-06905 Document #: 25 Filed: 01/23/26 Page 4 of 4 PageID #:309

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs